| | |
|---|---|
| 1 | JONATHAN M. JACOBSON, NY State Bar No. 1350495 |
|   | jjacobson@wsgr.com |
| 2 | BRIAN M. WILLEN (*pro hac vice forthcoming*) |
|   | bwillen@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, NY 10019-6022 |
| 5 | Telephone:  (212) 999-5800 |
|   | Facsimile:   (212) 999-5899 |
| 6 | |
| 7 | JOSHUA H. SOVEN (*pro hac vice forthcoming*) |
|   | jsoven@wsgr.com |
| 8 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 9 | 1700 K Street, NW, 5th Floor |
|   | Washington, DC 20006-3814 |
| 10 | Telephone:  (202) 973-7600 |
|    | Facsimile:   (202) 973-8899 |
| 11 | LAUREN GALLO WHITE, CA State Bar No. 309075 |
|    | lwhite@wsgr.com |
| 12 | WILSON SONSINI GOODRICH & ROSATI |
|    | Professional Corporation |
| 13 | One Market Plaza, Spear Tower, Suite 3300 |
|    | San Francisco, CA 94105-1126 |
| 14 | Telephone:  (415) 947-2000 |
|    | Facsimile:   (415) 947-2099 |
| 15 | |
| 16 | *Attorneys for Defendant*<br>GOOGLE LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC, | CASE NO.:  3:18-CV-01910-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT GOOGLE LLC FOR: JONATHAN M. JACOBSON AND LAUREN GALLO WHITE** |
| v. | |
| GOOGLE LLC, a Delaware LLC; and DOES 1-10, | |
| Defendants. | Judge:  Hon. Maria-Elena James |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enter their appearance as counsel of record for defendant Google LLC:

> Jonathan M. Jacobson
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 1301 Avenue of the Americas, 40th Floor
> New York, NY 10019-6022
> Telephone:  (212) 999-5800
> Facsimile:  (212) 999-5899
> Email:  jjacobson@wsgr.com

> Lauren Gallo White
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, CA 94105-1126
> Telephone:  (415) 947-2000
> Facsimile:  (415) 947-2099
> Email:  lwhite@wsgr.com

Dated: April 4, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s Jonathan M. Jacobson*
  Jonathan M. Jacobson
  jjacobson@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC