IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, LLC, a Delaware LLC; and DOES 1-10,<br><br>    Defendants. | No. C 18-01910 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

The Court has received plaintiff's letter dated August 27 (Dkt. No. 90) concerning the discovery dispute and **SETS** a two-hour meet-and-confer in the Court's jury room starting from **10:00 A.M. AND CONTINUING TO 12:00 P.M. ON MONDAY, SEPTEMBER 9**. At **12:00 P.M.**, the Court shall hear any remaining issue(s) in Courtroom No. 12. Defendant's response to plaintiff's letter is due by **SEPTEMBER 3 AT NOON**. Please buzz chambers to be let into the jury room. Only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: August 28, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE