IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, a Delaware LLC; and DOES 1-10,<br><br>Defendants. | No. C 18-01910 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

The Court's standing order provides that "requests for discovery relief must first be summarized in a letter no longer than three pages" (Supp. Order ¶ 34). In the span of two days, plaintiff has filed two letter briefs totaling six pages of requests (Dkt. Nos. 90, 92). Plaintiff cannot defeat the three-page brief limit by filing multiple briefs. Next time, neither brief will be considered. For the purposes of this dispute only, however, the two briefs filed will be permitted. The two-hour meet-and-confer will occur during the same period set by the prior order (Dkt. No. 91). At **12:00 P.M. ON MONDAY, SEPTEMBER 9**, the Court shall hear any remaining issue(s) in Courtroom No. 12. Defendant's response to plaintiff's letter is due by **SEPTEMBER 5 AT NOON**. As previously stated, only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: August 29, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE