BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
WILSON SONSINI
    GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

LAUREN GALLO WHITE,
CA State Bar No. 309075
lwhite@wsgr.com
KELLY M. KNOLL,
CA State Bar No. 305579
kknoll@wsgr.com
WILSON SONSINI
    GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

*Attorneys for Defendant*
GOOGLE LLC

JAIME W. MARQUART,
CA State Bar No. 200344
jmarquart@bakermarquart.com
DONALD R. PEPPERMAN,
CA State Bar No. 109809
dpepperman@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

JAMES BAILEY (*pro hac vice*)
james@baileyduquette.com
BAILEY DUQUETTE P.C.
100 Broadway, 10th Floor
New York, NY 10005
Telephone: (212) 658-1946
Facsimile: (866) 233-5869

*Attorneys for Plaintiff*
DREAMSTIME.COM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, a Delaware LLC; and DOES 1-10, <br><br> Defendants. | CASE NO.: 3:18-CV-01910-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER ADJUSTING DATES IN CASE MANAGEMENT ORDER (FIRST REQUEST)** <br><br> Judge: Hon. William H. Alsup |

1  Pursuant to Civil Local Rule 6-2(a), Defendant Google LLC and Plaintiff
2  Dreamstime.com, LLC, through their undersigned counsel of record, hereby stipulate as follows:
3  WHEREAS, this stipulation and the parties' agreement is expressly conditioned on the
4  Court's ability to accommodate a corresponding continuance of the trial date requested and set
5  forth below;
6  WHEREAS, the parties jointly request that the Court adjust and enlarge the current dates
7  set forth in the Case Management Order (Dkt. 73);
8  WHEREAS the parties submit that good cause has been demonstrated for this request;
9  WHEREAS this is the first request by any party to adjust or enlarge any of the deadlines
10 set forth in the Case Management Order;
11 WHEREAS the Court at the hearing on September 9, 2019, Dreamstime raised the issue
12 of continuing certain dates in the Case Management Order for the reasons discussed in more
13 detail in the concurrently-filed Declaration of Jaime W. Marquart;
14 WHEREAS the Court then indicated that the parties could submit a stipulation requesting
15 a continuance of the currently scheduled dates up to three months in length based upon the
16 circumstances discussed on the record at the hearing; and
17 WHEREAS this joint stipulation and [proposed] order is supported by good cause as
18 noted in the Declaration of Jaime W. Marquart filed concurrently herewith, pursuant to Civil
19 Local Rules 6-1(b) and 6-2(a).
20 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
21 through their respective counsel, that:
22  1. The non-expert discovery cut-off for written and document discovery (with the
23     exceptions described below) shall remain as **DECEMBER 13, 2019**;
24  2. The non-expert discovery cut-off for written and document discovery solely related
25     to Dreamstime's organic search ranking/performance is agreed by the parties and
26     requested to be extended for two months from **DECEMBER 13, 2019** to
27     **FEBRUARY 13, 2020**.  This discovery will include Google's responses to
28     Dreamstime's Interrogatory Nos. 1, 2, 5, and 15-18, any documents relied upon in

preparing those responses, Google's responses to document requests related to organic search (Dreamstime's Request for Production Nos. 1, 2, 2, 7, 21, 23, 41, 42 and 43), and reasonable follow-up discovery related to the organic search-related responses;

3. The cut-off for the completion of non-expert deposition discovery are agreed by the parties and requested to be extended for two months from **DECEMBER 13, 2019** to **FEBRUARY 13, 2020**;

4. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") is agreed by the parties and requested to be extended for three months from **DECEMBER 13, 2019** to **MARCH 13, 2020**. All other deadlines, requirements and instructions set forth in paragraphs 5 through 9 of the Case Management Order (Dkt. 73) will remain in effect and where applicable will be based upon the new expert dates;

5. The last date to file a dispositive motion for summary judgment is agreed by the parties and requested to be extended from **FEBRUARY 6, 2020** to **MAY 7, 2020**;

6. The date for the **FINAL PRETRIAL CONFERENCE**, currently set for **MAY 20, 2020**, is agreed by the parties and requested to be continued to a date after **AUGUST 3, 2020** according to availability on the Court's calendar and will be set once such availability has been determined; and

///

///

///

///

///

///

1  The date for the **JURY TRIAL** of this civil case, currently set to begin on **MAY 25, 2020**, is agreed by the parties and requested to be continued to a date which is five days following the **FINAL PRETRIAL CONFERENCE**.

Respectfully submitted,

Dated:  September 17, 2019       WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

                                 By:  *s/ Brian M. Willen*
                                      Brian M. Willen
                                      bwillen@wsgr.com

                                 *Attorneys for Defendant*
                                 GOOGLE LLC

Dated:  September 17, 2019       BAKER MARQUART LLP

                                 By:  *s/ Jaime W. Marquart*
                                      Jaime Marquart
                                      jmarquart@bakermarquart.com

                                 *Attorneys for Plaintiff*
                                 DREAMSTIME.COM, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The non-expert discovery cut-off for written and document discovery (with the exceptions described below) remains **DECEMBER 13, 2019**;

2. The non-expert discovery cut-off for written and document discovery solely related to Dreamstime's organic search ranking/performance is extended from **DECEMBER 13, 2019** to **FEBRUARY 13, 2020**. This discovery will include Google's responses to Dreamstime's Interrogatory Nos. 1, 2, 5, and 15-18, any documents relied upon in preparing those responses, Google's responses to document requests related to organic search (Dreamstime's Request for Production Nos. 1, 2, 2, 7, 21, 23, 41, 42 and 43), and reasonable follow-up discovery related to the organic search-related responses;

3. The cut-off for the completion of non-expert deposition discovery is extended from **DECEMBER 13, 2019** to **FEBRUARY 13, 2020**;

4. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") is extended from **DECEMBER 13, 2019** to **MARCH 13, 2020**. All other deadlines, requirements and instructions set forth in paragraphs 5 through 9 of the Case Management Order (Dkt. 73) shall remain in effect and where applicable shall be based upon the new expert dates;

5. The last date to file a dispositive motion for summary judgment is extended from **FEBRUARY 6, 2020** to **MAY 7, 2020**;

6. The date for the **FINAL PRETRIAL CONFERENCE**, currently set for **MAY 20, 2020**, is continued to the following date after **AUGUST 3, 2020**: September 9, 2020 at 2:00 P.M. ; and

7. The date for the **JURY TRIAL** of this civil case, currently set to begin on **MAY 25, 2020**, is continued to a date which is five days following the **FINAL PRETRIAL CONFERENCE**. Specifically, September 14, 2020 at 7:30 A.M.

Dated: September 18, 2019



_____

Hon. William Alsup

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS (FIRST REQUEST)   -5-   CASE NO.: 3:18-CV-01910-WHA