IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DREAMSTIME.COM, LLC, a Florida LLC,

    Plaintiff,

v.

GOOGLE LLC, a Delaware LLC, and DOES 1–10,

    Defendants.

No. C 18-01910 WHA

**ORDER SETTING DISCOVERY HEARING**

    The Court **SETS** a two-hour meet-and-confer in the Court's jury room on **WEDNESDAY, NOVEMBER 27, 2019, TO COMMENCE FROM 9:00 A.M. AND CONTINUING TO 11:00 A.M.** At **11:00 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom No. 12. Defendant's response is due by noon on November 26.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing. Please buzz chambers to be let into the jury room.

    **IT IS SO ORDERED.**

Dated: November 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE