BAKER MARQUART LLP
Jaime W. Marquart (Bar No. 200344)
 jmarquart@bakermarquart.com
Donald R. Pepperman (Bar No. 109809)
 dpepperman@bakermarquart.com
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone:     (424) 652-7800
Facsimile:      (424) 652-7850

BAILEY DUQUETTE P.C.
James Bailey (*pro hac vice*)
 james@baileyduquette.com
100 Broadway, 10th Floor
New York, NY 10005
Telephone:     (212) 658-1946
Facsimile:      (866) 233-5869

Attorneys for Plaintiff
Dreamstime.com, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, a Delaware LLC; and DOES 1-10,<br><br>Defendants. | Case No. 3:18-CV-01910-WHA<br><br>**NOTICE OF APPEARANCE OF BRIAN T. GRACE ON BEHALF OF PLAINTIFF DREAMSTIME.COM, LLC**<br><br>Judge: Hon. William H. Alsup |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enter their appearance as counsel of record for Plaintiff, Dreamstime.com, LLC:

Brian T. Grace (State Bar No. 307826)
BAKER MARQUART LLP
bgrace@bakermarquart.com
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Dated: January 3, 2020

BAKER MARQUART LLP

By: /s/ Brian T. Grace
     Brian T. Grace

BAKER MARQUART LLP
Jaime W. Marquart (State Bar No. 200344)
jmarquart@bakermarquart.com
Donald R. Pepperman (State Bar No. 109809)
dpepperman@bakermarquart.com
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

BAKER MARQUART LLP
777 SOUTH FIGUEROA STREET, SUITE 2850
LOS ANGELES, CA 90017
Tel: (424) 652-7800 • Fax: (424) 652-7850

NOTICE OF APPEARANCE OF BRIAN T. GRACE    1    CASE NO.: 3:18-CV-01910-WHA