BRIAN M. WILLEN (admitted *pro hac vice*)
bwillen@wsgr.com
ALEXANDER S. ZBROZEK (admitted *pro hac vice*)
azbrozek@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

DYLAN J. LIDDIARD (CA SBN 203055)
dliddiard@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
KELLY M. KNOLL (CA SBN 305579)
kknoll@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant*
**GOOGLE LLC**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware LLC; and DOES 1-10,<br><br>Defendants. | CASE NO.: 3:18-CV-01910-WHA<br><br>**EXHIBITS TO DECLARATION OF BRIAN M. WILLEN IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)**<br><br>Hearing Date: June 11, 2020<br>Time: 8:00 a.m.<br><br>Judge: Hon. William H. Alsup |