# Dobre Exhibit J (Redacted Version of Document Sought to be Filed Under Seal)

**From:**          Natalia Domina ███████@google.com>
**Sent:**          Tuesday, February 7, 2017 6:58 AM
**To:**            Elena D.; dreamers@google.com
**Subject:**       Image ad creatives | Stock photos
**Attachments:**   Image ad creatives - Stock photos.pdf

**Categories:**        INFO

Elena,
please find today's slides in the attached file.
Thanks for your time and for attention to this topic.

Thanks,
Natalia
--
Kind Regards,

Natalia Domina (Наталя Дьоміна) |    Sr. Account Manager, CEE Export |    ███████@google.com |    Google Ireland



Google Docks | Barrow Street | Dublin 4 | Ireland. Registered in Dublin, Ireland | Registration Number: 368047

This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.

P_0007508

# Image ads: stock photos

Ad creative examples

P_0007509

We are not going to show here "the best examples of convertible image ads" because in each specific case there are always lots of factors which have an impact on the final result (e.g. brand name, website UX, prices, customer loyalty, targeting type and other factors).

The AdWords system is based on relevance:
**relevant goal > relevant targeting > relevant ad and it's message > relevant landing**

These examples of image ads are relevant enough for some specific goals and strategies.
Let's find what we can "grab" from here to improve and optimize Dreamstime image ads.

P_0007510











Might be good to attract new users. "Get Started Now", "Go Now", "Start saving now", "Start free trial".

P_0007511





Might be good to attract users from remarketing lists. "Fresh ideas", "50,000+ images added daily".





P_0007512

Might be good to attract users from remarketing list of **"Small & Medium business"**. "Empower your team", "multi-person plan".





P_0007513

Might be good to attract new using "Search bar". Ideally the Landing page should be "Search page" on your website.

P_0007514



Important: if it's "Special offer" for new users it's good to have a separate Landing page for such ads.

P_0007515











Might be good for new users. Usually it's better to test +/- different creatives to attract more different types of users.

P_0007516









Might be good for new users. Different call to actions and types of buttons. Special offer with a deadline.

P_0007517







Might be good for new users. "Search Now ->", "Explore Now!", ""Visit us >".

P_0007518





Might be good for remarketing lists.

P_0007519







Might be good for a specific remarketing list "Vectors". Special offer with a deadline. Totally different designs.





P_0007520

Might be good for remarketing lists. "More than 40,000 new creative works added daily".









P_0007521

Might be good for remarketing lists. "REAL FRESH", "Browse Now!", "More than 35,000 new creative works added daily".





P_0007522

Might be good to attract users from remarketing list of "**Small & Medium business**". "Corporate account" and it's advantages.



P_0007523

Might be good to promote "Credits" or new feature (e.g. instant checkout) for users from remarketing lists or similar audiences.

P_0007524

# Dreamstime creatives: what we can test?



P_0007525

P_0007526








Texts / images inside image ads













P_0007527

Buttons (colour, shape, font), Call-to-actions, Themes

# Next steps:

- Experiment with different display ad types and content designs
- Test different designs/themes for "Search bar" image ads (with relevant Landing pages)
- Be explicit about "Call-to-actions" (test it depends on new or returning users, depends on audience segment)
- Test words "Now", "Here", "Today", "Start searching Now!", etc. for new users
- Test words "Real Fresh. Browse Now!", "Continue searching", "Start saving Today!" etc. for remarketing
- Avoid to have 2-3 different verbs ("Call-to-actions") in the same ad creative, use one the most relevant
- Test Buttons (Colour, Size, Font, Narrows, Symbols)
- Test "Special offers" with deadlines
- All text inside the image ad should be easy to read and understand
- Try new Landing Pages (more relevant for each Image ad creative)

It should be very clear for user: "Why should I click on this banner?" , "Why this website could be interesting for me?" , "Why this offer is more attractive for me than offers from companies?"

P_0007528