# Dobre Exhibit M (Entire Document Sought to be Filed Under Seal)