BAKER MARQUART LLP
Jaime W. Marquart (Bar No. 200344)
 jmarquart@bakermarquart.com
Donald R. Pepperman (Bar No. 109809)
 dpepperman@bakermarquart.com
Brian T. Grace (State Bar No. 307826)
 bgrace@bakermarquart.com
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Telephone:     (424) 652-7800
Facsimile:     (424) 652-7850

BAILEY DUQUETTE P.C.
James Bailey (*pro hac vice*)
 james@baileyduquette.com
104 Charlton St., Suite 1W
New York, NY 10014
Telephone:     (212) 658-1946
Facsimile:     (866) 233-5869

Attorneys for Plaintiff
Dreamstime.com, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, a Delaware LLC; and DOES 1-10,<br><br>Defendants. | Case No. 3:18-CV-01910-WHA<br><br>**DECLARATION OF JAIME W. MARQUART IN SUPPORT OF PLAINTIFF DREAMSTIME.COM, LLC'S OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. William H. Alsup<br><br>Hearing Date: June 18, 2020<br><br>Time: 8:00 a.m. |

I, Jaime W. Marquart, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at the Baker Marquart LLP ("Baker Marquart") law firm, counsel to plaintiff Dreamstime.com, LLC ("Dreamstime") in this action and co-lead trial counsel in this matter. I make this Declaration in support of Plaintiff Dreamstime.Com, LLC's Opposition to Defendant Google's motion for summary judgment in the above captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would competently testify thereto.

**Deposition Testimony**

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition transcript of Elena Dobre, dated January 23, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Maria Stroe, dated February 27, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the deposition transcript of Olga Pavliuk, dated February 4, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of Google 30(b)(6) designee Eric Lehman, dated February 7, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the deposition transcript of Eric Lehman, dated February 7, 2020.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of John Mueller, dated February 12, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the deposition transcript of Dale Nil, dated February 4, 2020.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript of Tudor Marian, dated March 6, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the deposition transcript of Carmen Punga, dated February 11, 2020.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the deposition transcript of Andreea Simulescu, dated January 31, 2020.

**Google's Business Records**

12. All documents, including those attached as exhibits to the declarations of Serban Enache, Elena Dobre, Bogdan Jianu and Jessie Stricchiola, bearing Bates numbers in the format "GOOG-DRMSTM-_____" are properly authenticated business records of defendant Google LLC that were produced in this litigation. *See* Fed. R. Evid. 803(6) (records "kept in the course of a regularly conducted business activity" are not hearsay; *see also. MGM Studios Inc. v. Grukster, LTD.*, 454 F. Supp. 2d 966, 972 (C.D. Cal. 2006) (emails of individual employees authenticated through production by corporate defendant); *In re Homestore.com, Inc. Securities Litigation*, 347 F. Supp. 2d 769, 781 (C.D. Cal. 769, 781 (C.D. Cal. 2004) (authentication requirement met because documents in question were produced during discovery and were offered by the party opponent); *Alexander Dawson, Inc. v. NLRB*, 586 F.2d 1300, 1302 (9th Cir. 1978) (per curiam) ("The content of a document, when considered with the circumstances surrounding its discovery, is an adequate basis for a ruling admitting it into evidence.").

13. Attached hereto as **Exhibit K** is a true and correct copy of a document titled "Re: Dreamstime Email," Bates-numbers GOOG-DRMSTM-0007900-01, and which was marked as Exhibit 63 during the deposition of Josh Capiloutu conducted on January 16, 2020.

14. Attached hereto as **Exhibit L** is a true and correct copy of a document titled "Re: Adwords Industry," Bates-numbers GOOG-DRMSTM-0007997-8008, and which was marked as Exhibit 64 during the deposition of Josh Capiloutu conducted on January 16, 2020.

15. Attached hereto as **Exhibit M** is a true and correct copy of a document titled "Re: Dreamstime Email," Bates-numbers GOOG-DRMSTM-00013579-86, and which was marked as Exhibit 65 during the deposition of Josh Capiloutu conducted on January 16, 2020.

16. Attached hereto as **Exhibit N** is a true and correct copy of a document titled "Re: Dreamstime issue html5 ads," Bates numbers GOOG-DRMSTM-00009067-78, and which was marked as Exhibit 206 during the deposition of Andreea Simulescu conducted on January 31, 2020.

17. Attached hereto as **Exhibit O** is a true and correct copy of a document titled "Re: Dreamstime Day in DUB – maybe in Q1," Bates-numbers GOOG-DRMSTM-00007654-56, and

which was marked as Exhibit 245 during the deposition of Olga Pavliuk conducted on February 4, 2020.

18. Attached hereto as **Exhibit P** is a true and correct copy of a document titled "Re:," Bates-numbers GOOG-DRMSTM-0007630-35, and which was marked as Exhibit 258 during the deposition of Josko Mrndze conducted on February 6, 2020.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a document titled "Re:," Bates-numbers GOOG-DRMSTM-0007636-41, and which was marked as Exhibit 259 during the deposition of Josko Mrndze conducted on February 6, 2020.

20. Attached hereto as **Exhibit R** is a true and correct copy of a document titled "Re: Dreamstime," Bates-numbers GOOG-DRMSTM-0007713-14, and which was marked as Exhibit 267 during the deposition of Elisabetta Moraru conducted on February 7, 2020.

21. Attached hereto as **Exhibit S** is a true and correct copy of a document titled "dreamstime," Bates-numbers GOOG-DRMSTM-00007845, and which was marked as Exhibit 269 during the deposition of Elisabetta Moraru conducted on February 7, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

22. Attached hereto as **Exhibit T** is a true and correct copy of a document titled "Re Dreamstime," Bates-numbers GOOG-DRMSTM-7824-7832.

23. Attached hereto as **Exhibit U** is a true and correct copy of a document titled "on Dreamstime," Bates-numbers GOOG-DRMSTM-00010111-12, and which was marked as Exhibit 282 during the deposition of Carmen Punga conducted on February 11, 2020.

24. Attached hereto as **Exhibit V** is a true and correct copy of a document titled "Re: my today's," Bates-numbers GOOG-DRMSTM-00011995, and which was marked as Exhibit 288 during the deposition of Carmen Punga conducted on February 11, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

25. Attached hereto as **Exhibit W** is a true and correct copy of a document titled "Re: [3-2720000009002] Task 1151842  Dreamstime: [Other] Can't Find My Category – Technical Issues Only," Bates-numbers GOOG-DRMSTM-00001661-65, and which was marked as Exhibit 319 during the deposition of Tudor Marian conducted on March 6, 2020.

BAKER MARQUART LLP
777 SOUTH FIGUEROA STREET, SUITE 2850
LOS ANGELES, CA 90017
Tel: (424) 652-7800 • Fax: (424) 652-7850

26. Attached hereto as **Exhibit X** is a true and correct copy of a document titled "[7-8739000019866] Task 2254314 Search Serving, Performance/CPC/Traffic Fluctuations – 2017-10-20 06:35:17, Bates numbers GOOG-DRMSTM-00003779-80, and which was marked as Exhibit 212 during the deposition of Andreea Simulescu conducted on January 31, 2020.

**Dreamstime Business Records**

27. All documents, including those attached as exhibits to the declarations of Serban Enache, Elena Dobre, Bogdan Jianu and Jessie Stricchiola, bearing Bates numbers in the format "P-_____" are business records of plaintiff Dreamstime that were produced in this litigation. *See* Fed. R. Evid. 803(6) (records "kept in the course of a regularly conducted business activity" are not hearsay.

28. Attached hereto as **Exhibit Y** is a true and correct copy of a document titled "Re: budget," Bates-numbers P_0161862-63, and which was marked as Exhibit 307 during the deposition of Tudor Marian conducted on March 6, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

29. Attached hereto as **Exhibit Z** is a true and correct copy of a document titled "Re: CO," Bates-numbers P_0161864-65, and which was marked as Exhibit 308 during the deposition of Tudor Marian conducted on March 6, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

30. Attached hereto as **Exhibit AA** is a true and correct copy of a document titled "Re: bids," Bates-numbers P_0023495-98, and which was marked as Exhibit 314 during the deposition of Tudor Marian conducted on March 6, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

31. Attached hereto as **Exhibit BB** is a true and correct copy of a document titled "Re: Follow-up DSK Campaign Analysis," Bates-numbers P_000955-61, and which was marked as Exhibit 241 during the deposition of Olga Pavliuk conducted on February 4, 2020.

32. Attached hereto as **Exhibit CC** is a true and correct copy of a presentation titled "SEO 'Quick & Dirty' Check", Bates-numbers P_0015474-82, and which was marked as Exhibit 163 during the deposition of Clif Haley conducted on January 24, 2020.

33.     Attached hereto as **Exhibit DD** is a true and correct copy of a document titled "analiza SEO," Bates-numbers P_0015472-73, and which was marked as Exhibit 262 during the deposition of Josko Mrndze conducted on February 6, 2020. This exhibit has been modified to include the certified English translation of the originally produced Romanian document.

**Other Documents**

34.     Attached hereto as **Exhibit EE** is a true and correct copy of excerpts of the hearing transcript from the hearing held in this action on November 27, 2019.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing information is true and correct. Executed on May 15, 2020, at Los Angeles, California.

_____
Jaime W. Marquart