# White Exhibit L

# Redacted Version of Document Sought to be Sealed

**From:** Ana Sipciu <▇▇▇@google.com>
**To:** Goetz Trillhaas <▇▇▇@google.com>, Elisabeta Moraru <▇▇▇@google.com>
**Received:** Wed, 26 Oct 2016 10:42:41 +0000
**Subject:** Re: Dreamstime
image.png

Hi Goetz,
thank you very much for your help on this issue, really appreciated.
I put together a detailed account here, the information is provided by the client.

thanks,
ana


On Wed, Oct 26, 2016 at 12:44 PM Goetz Trillhaas <▇▇▇@google.com> wrote:

> Hello Ana and Eli,
> you both explained to me how crucial our relationship with Dreamstime is and how massively Dreamstime is dropping organically.
>
> As you both know, Google internally does not give any support - I also have no chance to get a by-pass on this topic. I spoke to a few relevant people - no chance!
>
> Today I have spoken to the external #1 SEO Guru and Professor for digital Topics in Germany (Prof. Mario Fischer). He is pubisher of a SEO magazine, he is the #1 professor when it comes to Usability and SEO and he is founder of a consulting company. Every year his students win the Google EMEA University Challenge. He is also very close to me and Google.
>
> He is happy to support and help with an initial analysis of Dreamstime website and why Dreamstime is constantly falling in our ranking. They have specific tools that they use for it. As we already said, we can expect that there is no glitch in the Google Algorithm but a problem on their side. He does not charge me for anything ;-)
>
> Would you be so kind and sent me a short explanation of their problem and what happened over the last weeks? Please an external sharable version.
> They will look into it on Friday and we can expect an answer next week.
>
> Let´s talk about it tomorrow,
> Goetz
>
> --
>
>    ||| Goetz Trillhaas
>    ||| Country Manager CEE New Markets
>    ||| Mobile:+▇▇▇



||| Email: ███@google.com

Google Germany GmbH | ABC-Str. 19 | 20354 | Hamburg
Geschäftsführer: Matthew Scott Sucherman, Paul Terence Manicle
Registergericht und -nummer: Hamburg, HRB 86891

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

Ana Sipciu | Industry Manager, Google Romania | +███

CONFIDENTIAL

GOOG-DRMSTM-00007714