# White Exhibit M

# Redacted Version of Document Sought to be Sealed

**From:** Ana Sipciu <░░░@google.com>
**To:** Goetz Trillhaas <░░░@google.com>
**Received:** Thu, 03 Nov 2016 18:31:19 +0000
**Subject:** Re: Dreamstime
**Cc:** Elisabeta Moraru <░░░@google.com>

Hi Goetz,
I translated the ppt presentation here and the German e-mail text here. Please have a look, but I think it should be ok (I kind of edited out some of the more personal considerations in the e-mail).

After reading these, again thank you lots for your help. I think it's the first time we're able to bring more palpable help on this issue, and now I can just direct him to Prof. Fischer if he wants more in-depth consultancy. Incidentally he also got a reply on the webmasters forum from one of the Google engineers today - and the reply is exactly this, asking him to do better content (but without the details). I am SO happy we can backup this with an external professional analysis.

Looking forward to your OK on the translation so I can send the deck and feedback.

best,
ana


On Thu, Nov 3, 2016 at 5:55 PM Goetz Trillhaas <░░░@google.com> wrote:

> Hi Ana,
> thanks for your feedback.
> 1.) I am sure it is difficult to translate the assessment 1:1. I wrote through his assessment and some phrases are very colloquial.
> 2.) Hiring an SEO Agency - absolutly. Prof. Mario Fischer is the star in the German SEO scene and he knows the good and capable agencies and people in that business. We just need to make sure it´s an international operating SEO agency
>
> Please come back to me once you need support - I am always available for you, Ana!
>
> Goetz
>
> Am 3. November 2016 um 15:57 schrieb Ana Sipciu <░░░@google.com>:
>
>> Hi Goetz, thank you so much. I'm translating it now with Google translate and will send it over to you to check before I send it to the client.
>> Can I ask you something? Serban is interested in actually hiring a reputed SEO professional / agency to work on this issue and is actively looking for recommendations. Do you think your friend would be open to working with him after this initial assessment?
>>
>> thanks,
>> ana

On Thu, Nov 3, 2016 at 4:41 PM Goetz Trillhaas <███@google.com> wrote:

Hello Ana,

please find below the feedback from Mario Fischer on Dreamstime - unfortauntly in German. Can you please use Google Translate - I am happy to sit together with you and translate it in EN for you.

Goetz


---------- Weitergeleitete Nachricht ----------
Von: **Prof. Dr. Mario Fischer** <███@mario-fischer.de>
Datum: 3. November 2016 um 15:31
Betreff: AW: Dreamstime
An: Goetz Trillhaas <███@google.com>


Lieber Götz,

anbei ein paar Kennzahlen, wie gesagt Quick & Dirty.

Die Seite hat einige gute Rankings und steht hinsichtlich der externen Links gut im Saft.

Irgendwelche Penaltys dürften nicht vorliegen, das Backlinkprofil ist sauber.


Die erste Vermutung (Trust has been reset) kann ich so nicht teilen.

DNS Änderungen können häufiger vor und der Trust läuft zunächst auf die Domain selbst,

nicht auf Vermittlungsserver oder Protokolle (httpS). Im Rankingverlauf kann man dazu

auch keine Änderung sehen, die so eine Vermutung stützen würde.


Die zweite Vermutung (Fehler im Pinguin Update) halte ich ebenfalls für nicht hinreichend.

Das letzte Core-Update, in das der Pinguin integriert wurde, lief allgemein anerkannt

gut durch, es hat meiner Kenntnis nach keine Sites zu Unrecht erwischt, viele gute Seiten

haben einen Push bekommen. So auch Dreamtimes, wie man in den Folien sehen kann.

Das Rollout des Updates lief ja etwas länger, so dass sich kein einzelner Tag

zuordnen lässt. Aber im Zeitraum des Rollouts ging es vom Ranking deutlich nach oben.

Erst danach gab es eine Downbewegung – die aber nichts mehr mit dem Update von Google

zu tun haben kann. Falls die da wie ihn ihrer Mail erwähnt mit dem Disavow File rumgespielt haben,

ohne wirklich zu wissen, was sie da tun – könnte das ggf. ein Grund für den Rückgang sein.

Sie haben möglw. Domains „entwertet", die gar nicht beanstandet waren und damit nat.

dann Power weggenommen.



Meiner Ansicht nach liegt das eigentliche Problem in der Contentarmut der Site.

Die einzelnen Seiten haben zum Teil tats. nur 30 beschreibende Worte für ein Bild.

Das genügt viell. für den Menschen, der seine Einschätzung eh nach dem Bild vornimmt,

aber der Robot einer Suchmaschine bzw. der Indexer braucht schon etwas mehr Text.

Die Seiten haben im Schnitt weniger als 600 Worte, aber 90% davon kommen auf allen Seiten

so vor. Die zieht Google natürlich als „Doubletten" ab und dann bleibt halt nicht mehr

viel übrig.



Die genannten neuen Websites (startupstockphotos.com ist (noch) extrem schwach und
    www.pexels.com (sehr viel besser als Dreamstime, Start 2015) sind kein Maßstab für einen Fehler
    im Algorithmus. Hach – wenn es so einfach wäre, einfach mit wenigen Kennzahlen das
    unterschiedliche Ranking von Domains zu erklären…

So was haben wir immer wieder mal in der tägl. Arbeit. Dass augenscheinliche Underdogs plötzlich im
    Ranking

an älteren Plattformen vorbei ziehen. Bei einer tiefergehenden Analyse findet man dann meist
    mehrere Gründe dafür. Aber einfach nach ein paar Kennzahlen wie unten beschrieben
    (https://scr.hu/R2RaK6) einen Rankinganspruch abzuleiten – das ist wirklich zu einfach. Das hat
    schon früher beim PageRank nicht funktioniert… ;-) (Wir haben einen höheren PageRank als der
    Mitbewerber, ranken aber schlechter – da muss ein Fehler vorliegen – sowas hab ich nicht selten
    gehört ;-)

Generell ist es nat. schwer für eine Bilderplattform, für Textsuchen zu ranken. Aber in der Bildersuche stehen sie ja ganz gut da. Die beiden geäußerten Vermutungen halte ich wie gesagt für nicht zutreffend. Die Gründe für den Rückgang in der letzten Zeit liegen mit hoher Wahrscheinlichkeit wo anders. Dazu müssten man aber genauer wissen, was sie alles gemacht haben. Von außen ist das so nicht zu erkennen – auf die Schnelle aus der Hüfte.

Wir können gerne noch mal tel. deswegen. Ich bin heute ab ca. 16.30 zu erreichen und morgen ab ca. 14 Uhr rum.

Ganz liebe Grüße,

Mario

**Von:** Goetz Trillhaas [mailto:█████@google.com]
**Gesendet:** Mittwoch, 26. Oktober 2016 21:22
**An:** █████@mario-fischer.de
**Betreff:** Dreamstime

Lieber Mario,

noch einmal herzlichen Dank für das klasse Gespräch heute Mittag und Deine Bereitschaft hier einmal über den Case zu schauen.

Wie so oft glaubt der Kunden felsenfest, dass ein Glitch im Algorythmus vorliegen muss und sicher kein Problem auf deren Seite ist. Für uns ist es wichtig eine Indikation zu bekommen, woran es liegen kann und auf welches Thema wir den Kunden ansetzen müssen - am besten mit einer externen Beratung.

Meine Kollegin aus Rumänien hat den Case einmal kurz zusammengefasst.

Ich danke Dir für Deinen Einsatz und freue mich auf unser nächstes Telefonat.

Herzlichst

Götz

# Dreamstime.com issues on organic search

Issue: Site's organic traffic is in dramatic decline since Nov 2015.  Historic rank (10 years) of 3rd for "stock photos" and similar industry keywords has been decreased to #8-10th.

They found 2 possible explanations.

### Explanation 1 (supposition they had back in July): Site's trust has been reset after the DNS change

Below is a step-by-step account of what happened to the website since the start of the decline until July.

*11/1/2015 - Site suffers DDoS attack and is down for ~4 hours.*

*11/5 /2015 - We move to CloudFlare DNS with attack protection. Crawl rate is reduced from ~8 million pages / day to ~350,000 pages / day.*

*11/7 /2015 - Site down for ~2 hours for scheduled SQL server replacement.*

*12/17/2015 - Set the GWT Crawl Limiter to max, which improved crawl rate from ~350,000 pages / day to ~850,000 pages / day.*

*1/6/2016 - Turned off GWT Crawl Limiter to see what would happen. Crawl rate shot up to ~2 million pages /day but then.*

*1/13/2016 - Crawl rate dropped back down to ~350,000 pages / per day, so we set the GWT Crawl Limiter back to max setting. Rate returned to ~850,000 per day.*

*1/26/2016 - Turned off GWT Crawl Limiter. Crawl Rates goes up from ~850,000 pages / day to ~2 million pages / day.*

*3/25/2-16 - Turned off CF protection but kept CF DNS nameservers. We suspected the CF protection was hindering Googlebot's access for several reasons: 1) Other bots we use to check on our code were unable to access the site, 2) Our indexation rate in Search Console declined, 3) Our Crawl Rate declined (as previously mentioned,) and 4) Our continued decline in ranking, specifically our home page which had been at #3 or #4 on the first page of SERP for 10 years and has since been at #8 or lower since the aforementioned issues and CF involvement began.*

*5/15/2016 - Cancelled CF based on sharing DNS entries with many low quality and downright spammy websites and moved to Amazon Web Services. Crawl Rate dropped to ~1.5 million pages /per day where it currently remains.*

*6/9/2016 - Launched new homepage design.*

*6/9/2016 - Switched site back to original pre-November 2015 Edgecast DNS!*

*6/15/2016 - Deleted ~700k spam profiles.*

*6/22/2016 - Switched entire site to HTTPS.*

CONFIDENTIAL
GOOG-DRMSTM-00007829

*6/24/2016 - Enabled default content filter to discourage indexing of "adult" content.*

*7/1/2016 - Google crawl rate spike. Crawl rate then dropped back down, but still remains higher than before the spike and appears to be climbing.*

*7/2/2016 - Disavowed spam website domain that was generating THOUSANDS of 404 errors by linking to invalid user profile URLs… I suspect this site is related to the 700k spam profiles deleted on 6/15/2016.*

## Explanation 2 (discovered by their team in Sep-Oct): Penguin glitch for which they asked support on the Google webmasters forum here.

*My team discovered a potential glitch in Google's system rather than us being penalized. It looks like all SEO tools still mention Dreamstime as number 3rd https://scr.hu/R2RaK6 but somehow a few smaller, newly-appeared websites (ie: pexels.com, startupstockphotos.com) got in front of us and are now in the way. To make it weirder, they all feature the same ad network, Carbon, which might suggest a single company is behind them.*
*We believe this hiccup came after the Penguin 6/7 updates:*

*http://searchengineland.com/google-penguin-doesnt-penalize-bad-links-259981*

--

||| Goetz Trillhaas
||| Country Manager CEE New Markets
||| Mobile:+█████████████
||| Email:█████@google.com

CONFIDENTIAL
GOOG-DRMSTM-00007830

---

Google Germany GmbH | ABC-Str. 19 | 20354 | Hamburg

Geschäftsführer: Matthew Scott Sucherman, Paul Terence Manicle

Registergericht und -nummer: Hamburg, HRB 86891

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

Google

||| Goetz Trillhaas
||| Country Manager CEE New Markets
||| Mobile:+
||| Email: ▆▆▆▆@google.com

---

Google Germany GmbH | ABC-Str. 19 | 20354 | Hamburg
Geschäftsführer: Matthew Scott Sucherman, Paul Terence Manicle
Registergericht und -nummer: Hamburg, HRB 86891

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

Ana Sipciu | Industry Manager, Google Romania | ▆▆▆▆▆▆▆▆

--

Google

||| Goetz Trillhaas
||| Country Manager CEE New Markets
||| Mobile:
||| Email: ▆▆▆▆@google.com

---

Google Germany GmbH | ABC-Str. 19 | 20354 | Hamburg
Geschäftsführer: Matthew Scott Sucherman, Paul Terence Manicle
Registergericht und -nummer: Hamburg, HRB 86891

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--
Ana Sipciu | Industry Manager, Google Romania | ███████████

CONFIDENTIAL
GOOG-DRMSTM-00007832