# White Exhibit N

# Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Ana Sipciu <▓▓▓@google.com> |
| **To:** | Goetz Trillhaas <▓▓▓@google.com> |
| **Received:** | Thu, 13 Oct 2016 09:07:53 +0000 |
| **Subject:** | Re: help on organic for Dreamstime - is it possible? |
| **Cc:** | Elisabeta Moraru <▓▓▓@google.com>, Raul Altarescu <▓▓▓@google.com> |

Oh, and just so you know whom we've already reached out to internally - I've mentioned it to illyes@ and Ela has reached out to vali@, both in ZRH Engineering.
thanks,
ana


On Thu, Oct 13, 2016 at 12:01 PM Ana Sipciu <▓▓▓@google.com> wrote:

> Thank you . We are way past the usual recommendations indeed :)

ana

On Thu, Oct 13, 2016, 11:54 Goetz Trillhaas <▓▓▓@google.com> wrote:

> Hello and good morning Ana,
> first of all - apologies for me being "Radio Silent". I was organizing our big CEE Programmtic event in ZRH (150pax) and just got home last night.

I see your pain and I fully understand that you are trying to help Dreamstime but reaching your possible options.

Ad Hoc, I don´t have a clear answer but I would like to activate my network and try to get a bit more then the usual recommendation to double-check Webmaster Tools.
If you don´t mind I will take your Mail and forward it to a few collagues and cc'íng you.

Fingers cross, that we get to talk to someone.
Goetz


2016-10-11 11:17 GMT+02:00 Ana Sipciu <▓▓▓@google.com>:

> Hi Goetz,
> hope you're having a good day.

I have an issue on Dreamstime that I did my best to address but I'm afraid I've reached the end of my internal connections.

In brief: they are BADLY declining in organic and this has been happening for a while, despite all their best efforts (quality content and website, working with the best US SEO specialists etc.) Currently they're -25% YoY in new customers, the drop coming entirely from organic. New customers acquisition is their #1 metric.

CONFIDENTIAL   GOOG-DRMSTM-00007665

They are absolutely desperate, especially since there are a lot of brand new stock photo websites that seem to have escalated very quickly to top SERP.
Right now they believe there is a glitch in the algorithm and have posted about it here, hoping to be contacted by someone from the Google Search team to explain it further. (They don't want to expose the entire thing and their arguments on public forums since it involves internal business details.)

Why do we care? Because it affects severely their entire profitability, which affects their AdWords investment. Serban just sent me a message saying that is is very worried about the next quarters - not worried about AdWords but about the stability of his business.

Their traffic is huge. We can't make up for their loss in organic with AdWords. As you know we have a team of 4 specialists working with them but it's technically impossible to cut down cost per conversion by 75% on an already well optimised account. (This is what it would take to make up for organic.) If this issue persists, we will lose our #2 customer after ▇▇▇▇▇.

As you know we are not allowed to reach out to the Search team, however I was permitted to send the forum link above to a member of the engineering team in Zurich - hopefully it will be read by someone relevant and they will contact Dreamstime. I have no idea what else I could do, this is why I am writing to you, as maybe you have seen similar issues before.

Is there ANY way we can make sure someone from organic search will actually pay attention to their problem? I am familiar with the "honest results" policy, but I strongly believe they are a honest company following all Google guidelines, very user-oriented (their clients and content generators are Serban's #1 priority) and truly trying to solve this. We have an excellent relationship and they are responsive to our recommendations, but as I was saying we can't just keep pushing products when their most important revenue source is failing.

Do you have any experience or have you heard about anything similar - any advice on how we could proceed?

thank you,
ana




--
Ana Sipciu | Industry Manager, Google Romania | ▇▇▇▇▇▇▇▇




--



||| Goetz Trillhaas
||| Country Manager CEE New Markets
||| Mobile:
||| Email:          @google.com

---

Google Germany GmbH | ABC-Str. 19 | 20354 | Hamburg
Geschäftsführer: Matthew Scott Sucherman, Paul Terence Manicle
Registergericht und -nummer: Hamburg, HRB 86891

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.


--
Ana Sipciu | Industry Manager, Google Romania |


--
Ana Sipciu | Industry Manager, Google Romania |

CONFIDENTIAL                                                                                                           GOOG-DRMSTM-00007667