# White Exhibit O (Entire Document Sought to be Filed Under Seal)