United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMSTIME.COM, LLC, a Florida LLC, <br><br>  Plaintiff, <br><br>  v. <br><br> GOOGLE LLC, a Delaware LLC, and DOES 1–10, <br><br>  Defendants. | No. C 18-01910 WHA <br><br> **ORDER RE CIVIL LAW AND MOTION HEARING DUE TO PUBLIC HEALTH CONCERN** |

The June 18 motion hearing will be held telephonically per GENERAL ORDER 72-3. The courtroom deputy will provide further instruction.

**IT IS SO ORDERED.**

Dated: June 10, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE