

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DREAMSTIME.COM, LLC, A Florida LLC,

        Plaintiff-Appellant,

 v.

GOOGLE LLC,

        Defendant-Appellee.

No.   20-16472

D.C. No. 3:18-cv-01910-WHA
Northern District of California,
San Francisco

ORDER

Appellant filed a notice of intent to file publicly Volumes 7 and 8 of the excerpts of record (Docket Entry No. 12). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal.

Appellant's unopposed motion to file under seal the opening brief and Volumes 9 and 10 of the excerpts of record, and to file a redacted brief (Docket Entry No. 11) is granted.

The Clerk will file publicly the notice (Docket Entry Nos. 12-1, 12-4), the motion to seal (Docket Entry Nos. 11-1, 11-5), and Volumes 1 through 8 of the excerpts of record (Docket Entry Nos. 12-2, 12-3, 13). The Clerk will file under seal the original opening brief (Docket Entry No. 11-2) and Volumes 9 and 10 of the excerpts of record (Docket Entry Nos. 11-3, 11-4).

ml/Sealed Documents

Within 21 days of this order, appellant must submit for public filing a redacted version of the opening brief that tracks the red highlighted redactions set forth in appellant's motion to seal.

The existing briefing schedule remains in effect.

FOR THE COURT:<br>
Lisa B. Fitzgerald<br>
Interim Appellate Commissioner<br>
Ninth Circuit Rule 27-7